Dear Judge Walton:

Your Honor, I accept 100% responsibility for my actions which led me to this courtroom. I admitted my guilt to these charges very quickly after being detained at Dulles Airport on Dec 21, 2024. I had been living in fear of possible charges for the last few years. I had contemplated seeing a therapist or counselor, however, since I was living in Asia, I feared the consequences of asking for help. I do not blame my actions on any other person or any event in my life - I own them and will suffer the consequences for my actions.

Judge, I also recognize the disgusting nature of my crime. I want to apologize profusely to my victims. They are real people trying to navigate their way through life, who live in fear daily that photos or videos of themselves are being shared around the internet without a second thought. I now fully understand the pain and suffering I may have caused them and for that, I truly apologize. I am so very sorry and very ashamed of what I did. I apologize to you and your courtroom staff who had to hear what I did.

I desperately want to apologize to my family and friends. I kept this a secret as best I could and none of my friends or family was aware of what I was doing on the internet late at night, 10,000 miles away from home. With my charge now public, I recognize the embarrassment and shame I have brought to my family members' lives. While I am very lucky to have a family who has rallied to support me in my recovery, I know the pain and suffering I brought to each of them. I am also fully aware of the pain and disbelief I caused my friends, most who I have now lost. I am very thankful for the friends who continue to support me. It's a humbling reminder of how much I will have to rebuild. The consequences of my actions run deep, and facing this reality has been both painful and necessary. I thank God every day for my family and friends who could have abandoned me, but instead are saying they love me. We have always been a family of forgiveness, and for this I am eternally grateful.

Your Honor, my promise to you, my family, my friends, and to my God, is to make sure I come out of prison a better person than I am now. You will read letters from family and friends that describe several good deeds I have accomplished in my life, but I realize that most of those things will be forgotten or overshadowed now. I have spent a lifetime attempting to please people and help those less fortunate than me.

During my professional career I was fortunate to help organize numerous charitable events and community service projects. While I was a high school teacher, I served as the faculty adviser for the largest chapter of the Key Club (sponsored by the Kiwanis Club) in the state of Virginia. I worked diligently to connect our students with charities who deliver true impact. This allowed our Key Club to perform thousands of community service hours each year. While working for Hilton Worldwide at our global headquarters in McLean, VA, I was chosen by superiors to be chairman of the Community Champions Leadership Team. My responsibility was to organize our Global Week of Service and Annual Week of Giving each year, along with numerous other events throughout the year. As a team, we volunteered thousands of hours on various projects, including but not limited to renovating the Alternative House, a battered women's shelter in Vienna; a complete renovation of the Boys & Girls Club of Arlington, VA; a major renovation of the Catholic Charities shelter in Southeast Washington, DC; new outdoor classrooms at multiple elementary schools in Southeast DC; in addition to numerous toy drives, food drives, coat drives, business attire donations, building

hygiene kits for emergency disaster relief victims, and several projects with the Wounded Warriors Foundation.

In addition to the community service work I did at Hilton Worldwide, I also served as the Chair of the LGBTQ Team Member Resource Group. Our goal was to make sure that team members felt comfortable bringing their whole self to work. I organized events for this group to benefit themselves and Hilton, which was honored as the Number 1 Great Place to Work in America for consecutive years while I was there. In addition to efforts at Hilton, I also served as Vice President and President of Team DC, a nonprofit organization dedicated to uniting the LGBTQ community through a shared passion for teamwork and sports. We sponsored 36 different gay sports leagues and teams with over 8,000 individuals in the DC metro area. The most rewarding aspect of my involvement with Team DC was raising money to fund college scholarships for local LGBTQ high school athletes hoping to continue their education at the collegiate level.

I share this with you today because I fully recognize that the seriousness of my crime may overshadow much of the good I've done in my life. However, I hope it is also understood that this behavior represented a brief and uncharacteristic chapter—one that does not define the entirety of who I am.

Judge Walton, I have already begun my rehabilitation at the Alexandria Detention Center. I have completed three educational courses, including one on Human Trafficking, during my incarceration. I have also reconnected with my spiritual side, attending Catholic mass as often as possible. ███████████████████████████████████████████████ ███████████████████████████████████████ I look forward to continuing my recovery with the help of professional counseling and a sex offenders program in prison. I respectfully ask you and the Bureau of Prisons to place me in a facility where I will have access to the programs and support necessary to continue my rehabilitation and growth.

Your Honor, I also want to acknowledge the significance of the Prison Rape Elimination Act—a piece of legislation for which you deserve great credit. It has helped create a framework for greater safety within the prison system, and for that, I am grateful. That said, as a gay man convicted of an offense involving minors, I am genuinely afraid for my safety in federal prison. I fear that, without constant vigilance, any sentence imposed could become life-threatening.

While you are aware of the horrible crime that I am guilty of, and you have learned of some of the good things I accomplished in life, I also want to make you aware of some life changing tragedies in my life. A week prior to my senior year at Robinson Secondary School in Fairfax, VA, I was involved in fatal car accident which killed two classmates. While the police cleared me of any responsibility for the accident, friends of the victims took their emotions out on me over the course of the year, when I was often called a murderer from anonymous voices in the school hallways. ██████████ █████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ I am a cancer survivor and proud that I overcame these tragedies as a young adult.

While it may seem strange to many people, as a gay male I have always been extremely passionate about sports. After 15 years of working in education and athletics, I returned to the DC area to work

for Hilton Worldwide. In 2019 I accepted a job with Las Vegas Sands and was then transferred to Singapore in 2021 where I was working on a $1.5 billion renovation of the Marina Bay Sands Hotel and Casino. I was still working for Sands in Singapore when I came home to Virginia to visit family and friends for the holidays. It was December 21, 2024 when I was arrested upon my arrival at Dulles Airport.

Judge, these past few months in jail have been profoundly clarifying for me. They've stripped away distractions and forced me to examine the harm I've caused and the kind of life I want to live moving forward. My time in custody has already begun to reshape how I think, how I act, and what I value. That clarity is something I carry with me daily, and I believe it will guide me toward living as a better man. This period of incarceration has given me perspective I never had before—about my actions, my responsibilities, and the kind of citizen I must become. I know I can be someone who contributes, not detracts, from society once again. It is in my heart and in my head.

Finally, I would like to share with you that both of my parents will turn 82 years old this year and we are extremely close. My sentencing hearing is currently scheduled on my mother's birthday. I know chances are slim that they will be alive when I am released from prison and I ask for your permission to give both of my parents one last hug before I leave the courtroom at my sentencing hearing. This is my greatest wish and it would mean the world to me, and to them.

Again Your Honor, I admit my guilt. I apologize to the victims of my crime and ask for your leniency, your forgiveness, and your protection as you determine my sentence.

Sincerely,

Randall Meck